DOCKETED

JRO:ljc:mes 24007 \pleading\24007MTTransferVenue

FILED
CLERKS OFFICE
2005 NOV 21 P 2:15
U.S. DISTRICT COURT
DISTRICT OF MASS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| MICHAEL DeCICCO | : | |
| | : | |
| VS. | : | C.A. NO. 05-11965-JLT |
| | : | |
| CAMPANALE & SONS, INC., | : | |
| F/V BARBARA ANN, INC. | : | |

**DEFENDANTS' ANN'S MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. §1404(a)**

Now come the defendants in the above-captioned action and requests this Honorable Court to transfer the instant case to the U.S. District Court for the District of Rhode Island. Pursuant to 28 U.S.C. 1404(a) and the case law interpreting it, transfer is appropriate for the convenience of the parties and witnesses, and would serve the ends of justice. Defendant relies on the attached memorandum of law in support of its motion.

Allowed
J Tauro
1/15/06

DEFENDANTS,
By their Attorney,

[signature]

J. Renn Olenn, Esq. #642090
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 11/18/05 to:

Carolyn M. Latti, Esq.
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

Maureen E. Sundin

8/