**UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| MICHAEL DECICCO | : | |
| | : | |
| PLAINTIFF | : | |
| | : | |
| V. | : | C.A. No.: 06-CV-00026-S-LDA |
| | : | |
| CAMPANALE & SONS, INC., et al. | : | |
| | : | |
| DEFENDANTS | : | |

**ENTRY OF APPEARANCE**

I, Merlyn P. O'Keefe, hereby enter my appearance on behalf of Plaintiff Michael DeCicco in the above captioned case.

Merlyn P. O'Keefe, Esq.
PACKER & O'KEEFE
1220 Kingstown Road
Peace Dale, RI 02879
(401) 789-4850 phone
(401) 782-4210 fax
Ct. Reg #2439

Dated: 31 January 2006