JRO:cli:jlb 24007 \pleading\24007motion2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL DeCICCO :
:
VS. : C.A. NO. 06-26S
:
CAMPANALE & SONS, INC. and :
F/V BARBARA ANN, INC. :

**DEFENDANT'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES**

Now comes the defendant in the above-matter and hereby moves to compel answers to interrogatories from the plaintiff. In support hereof, the defendant states that the plaintiff has not filed his answers in timely compliance with F.R.C.P. 33. The original copies of the interrogatories propounded are attached hereto. The defendant requests a twenty (20) day court order.

No memorandum of law is required pursuant to Local Rule 12(a)(1).

DEFENDANT,
By Its Attorney,

J. Renn Olenn by VE 3539

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

J. Renn Olenn by VE 3539

**CERTIFICATION**

I certify that I sent a true copy of the within on 4/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Carolyn M. Latti, Esq.
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109