JRO:MKD:co 24007 \pleading\24007Irrogs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL DeCICCO | : | |
| | : | |
| VS. | : | C.A. NO. 06-26S |
| | : | |
| CAMPANALE & SONS, INC. and | : | |
| F/V BARBARA ANN, INC. | : | |

**DEFENDANT CAMPANALE & SONS, INC.'S INTERROGATORIES TO PLAINTIFF**

The defendant requests the plaintiff to provide answers to the following interrogatories on or before 30 days from the date hereof. These interrogatories shall be deemed to be continuing up to the time of trial so as to require supplemental answers if additional facts or additional information become available.

1. Please state your name, present address, date of birth, present employer and your present occupation, business address and social security number.

2. Please state the exact hour and date your injury occurred and describe the exact location where your injury occurred by giving the distance and direction to at least three fixed objects in the same area.

3. If you claim that the weather played any part in the happening of your alleged injury, please describe the weather conditions at the time of your injury and for the hour prior to your injury, including but not limited to wind speed and direction, sea state and direction and precipitation.

4. If you claim that the defendant's vessel was defective, please describe the specific defects of the parts of the vessel and/or its equipment concerned and the manner in which these alleged conditions caused your injury.

5. If you claim that any of the defendant's personnel and/or agents and/or fellow employee(s) failed to exercise reasonable care, please describe the name, title or other identification of the personnel concerned and the act or omission of the above-described personnel which caused your injury.

6. If you claim that your injury was caused by an unseaworthy condition of the ship or its equipment, please describe the unseaworthy condition, state when you first noticed this condition and how long it existed prior to your injury.

7. Please describe in complete detail the particular task or action you were performing at the moment of your injury.

8. Please describe all injuries, symptoms, ailments, and pains whether physical, mental or emotional which were caused or aggravated by the incident.

9. As to each medical practitioner who has examined or treated you for any of the injuries, symptoms, ailments, or pains described in your previous answer, please state the name, address and specialty of each medical practitioner, the date of each examination or treatment, the physical, mental or emotional condition for which each examination or treatment was performed and the cost of such examination and to whom the bill was submitted.

10. If you have been treated at a hospital since the incident, please state the name and address of each hospital in which you were treated and the dates of each treatment.

11. If since the incident you have suffered any physical, mental or emotional injuries or any maladies, ailments, diseases or any conditions, please state the date of each examination or treatment, the condition for which each examination or treatment was performed and the cost of such examination and to whom the bill was submitted.

12. If you have had any vocational, rehabilitation, psychological, substance abuse, pain management or physical therapy tests, evaluations, examinations, studies or procedures since the incident, please state the nature thereof, the name, address, occupation and specialty of the individual or providing agency performing these studies, evaluations, examinations, tests or procedures and to whom the bills were submitted.

13. If you are still under the care of any provider, including those providers identified in answers to interrogatories number 9, 10, 11 and 12 above, please state the name and address of each practitioner and the nature of each condition for which care is being rendered.

14. Please state the name and address of each medical provider who examined or treated you for any mental or physical condition during the ten (10) year period immediately before the date of the incident and describe the conditions or complaints for which the examination or treatment was performed and the date of each examination or treatment performed.

15. If you claim disability, disfigurement or other residual condition from the incident, please describe the nature, extent and duration of the disability, disfigurement or other residual condition caused by your injury.

16. If you claim you will sustain any monetary loss or any other expenses or damages as a result of the permanent injuries or disability described in the previous answer, please state the reason why the loss will be incurred, the amount of the loss and the method by which you arrived at the amount of the loss.

17. List each job or position of employment, including self-employment, held by you for the five years before the incident, the year in which the incident occurred and each subsequent year to the present, stating the name and address of your employer and the date of commencement, date of termination of employment and earnings for each year employed.

18. If you claim to have lost any time from gainful employment as a result of the incident set forth in your complaint, please state the specific condition which you claim caused the loss of time, the amount of time lost and if you claim any damage as a result of the time lost, the total of such damages claimed and your method of computing such damages.

19. If you claim that your earning capacity will be impaired in the future as a result of your injury, please state the nature of the condition that will cause the impairment and the manner in which the condition will impair your ability to work.

20. Please identify by name and present or last known address, those persons whom you believe were witnesses to the incident, including those persons who were present at the place where the incident occurred either shortly before or shortly after the incident and specify which will be called to testify at trial.

21. Please identify by name and present or last known address, those persons who you believe were witnesses to the condition which you alleged caused your injury (whether said persons actually witnessed the incident or were at the place of the incident shortly before or after it or not) and specify which will be called to testify at trial.

22. Regarding each expert witness whom you expect to testify at trial, please state the full name and address of all such expert witnesses, the subject matter on which each such expert may be expected to testify, the substance of all facts to which any such expert is expected to testify, the contents of all opinions to which each expert is expected to testify and a summary of the grounds for each opinion to which each such expert is expected to testify.

23. If since the incident you have suffered any injuries or have been involved in any incident where you suffered injuries, please state the date, time and place of the incident; the manner in which the incident happened; and the names and addresses of all other persons involved in the incident.

24. If you have ever asserted a claim for damages or for compensation of personal injuries, please state the date of injury, the nature of the injury, the amount of damages or compensation received and the names and addresses of each person or organization against whom a claim was made or from whom payments were received.

25. If you have ever received disability benefits or worker's compensation payments, please state the amount received and from whom it was received, when the payments were received, the reason for receipt of these payments and for what, if any, injuries or disabilities you received the payment.

26. Please state each and every fact in detail upon which you base your allegations as contained in the complaint that you are entitled to payment of maintenance and cure, including but not limited to, the nature of the injury, or illness, the duration of maintenance paid and outstanding.

27. Please state each and every fact in detail upon which you base your allegations as contained in the complaint that the defendant willfully refused and/or failed to pay maintenance and cure.

28. State whether you or anyone acting on your behalf is in possession of any statement by the defendant or by any employee or representative of defendant regarding the accident or the circumstances surrounding the same, when each statement was made, whether oral or written, and if written, whether signed or unsigned, identify the person by name and address who gave each statement and the name and address of each person who took each statement as well as the name and address of each person who is in possession, custody or control of each written statement.

29. If you have ever been convicted of or pleaded guilty to a crime, or been formally charged with the commission of a crime, state with relation to each such conviction, plea of guilty or charge the name and address of the court, the name and address of the prosecuting attorney, the nature of the crime, the name and address of your attorney, the sentence received, the name and location of prison or jail where the sentence was served, and the beginning and termination dates of time served under prison or jail sentence.

30. Please list the names of all vessels on which you have ever worked. Please include the name of the owner, address of the owner, home port, dates of service, the vessel's specifications, and the fisheries in which the vessel operated.

DEFENDANT, Campanale & Sons, Inc.,
By its Attorney,

J. Renn Olenn by MKD #6087

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 4|6|06 to:

Carolyn M. Latti, Esq.
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

[signature]