JRO:cli:jlb 24007 \pleading\24007motion

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL DeCICCO | : | |
| | : | |
| VS. | : | C.A. NO. 06-26S |
| | : | |
| CAMPANALE & SONS, INC. and | : | |
| F/V BARBARA ANN, INC. | : | |

**MOTION TO COMPEL A RESPONSE TO A REQUEST FOR PRODUCTION**

Now comes the defendant in the above-matter and moves to compel production of documents from the plaintiff pursuant to the attached request for production of documents. The defendant request a twenty (20) day court order.

No memorandum of law is required pursuant to Local Rule 12(a)(1).

DEFENDANT,
By Its Attorney,

J. Renn Olenn by JF 3539

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATE OF GOOD FAITH**

I hereby certify that I have in good faith conferred or attempted to confer with opposing counsel in an effort to resolve this matter prior to filing this motion.

J. Renn Olenn by JF 3539

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/21/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Carolyn M. Latti, Esq.
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109