JRO:cli:cli 24007 \pleading\24007withdrawalofmotions.wpd

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED JUL 27 2006 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

MICHAEL DeCICCO :
:
VS. : C.A. NO. 06-26S
:
CAMPANALE & SONS, INC. and :
F/V BARBARA ANN, INC. :

**WITHDRAWAL OF MOTIONS FOR DISCOVERY**

Now come the defendants in the above matter and hereby withdraw their motions to compel compel production of documents and answers to interrogatories from the plaintiff which were filed with the Court on or about July 21, 2006.

DEFENDANT,
By their Attorney,

J Renn Olenn by JP 3539

J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 7/26/06 to:

Merlyn O'Keefe, Esq.
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879

Carolyn M. Latti, Esq.
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109

ENTER WmM
WILLIAM E. SMITH
U.S. DISTRICT JUDGE
DATE 7/29/06

Cherie L. Lucas