JRO:CLI:ljc 24007 \pleading\24007DismStip

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL DeCICCO | : | |
| | : | |
| VS. | : | C.A. NO. 06-26S |
| | : | |
| CAMPANALE & SONS, INC. and | : | |
| F/V BARBARA ANN, INC. | : | |

**DISMISSAL STIPULATION**

The within matter is dismissed with prejudice, no interest, no costs.

PLAINTIFF,
By his Attorney

/s/ Carolyn M. Latti
Carolyn M. Latti, Esq. BBO#567394
LATTI & ANDERSON, LLP
30-31 Union Wharf
Boston, MA 02109
PHONE: (617) 523-1000
FAX: (617) 523-7394

DEFENDANTS,
By their Attorney,

/s/ J. Renn Olenn
J. Renn Olenn, Esq. #0623
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

PLAINTIFF,
By his Attorney,

/s/ Merlyn O'Keefe
Merlyn O'Keefe, Esq. #2439
Packer & O'Keefe
1220 Kingstown Road
Peace Dale, RI 02879
PHONE: (401) 789-4850
FAX: (401) 782-4210

APPROVED:

____________________________
William E. Smith
United States District Judge